UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
OCT 19 2020
PRO SE OFFICE

__YVONNE FROST__
Write the full name of each plaintiff.

___CV___
(Include case number if one has been assigned)

-against-

Trinidad Government    US Government
U.S Trinidad Embassy   Trinidad US Consulate
US CONGRESS            US SENATE
US Republicans         US Democratic
US Supreme Court       Court of Appeals
CVR Associates Inc     US SD Court
The White House        City of NY (NRA)
Donald Trump           A. Cuomo
NYC                    NY PD
Mitt Romney            NYC MTA
NYC Anti Social Club   Anapontosi's

COMPLAINT

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

① Retaliation
② Discrimination
③ Abuse of Power
④ Targetting v.s. Persecution

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
         (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__YVONNE_____     __FROST_____
First Name          Middle Initial    Last Name

__40 ANN STREET_____
Street Address

__NEW YORK_____   __NY_____   __10038_____
County, City              State           Zip Code

__NONE_____          __yvonne.frost1@aol.com_____
Telephone Number          Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: US Government
First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
NY
County, City    State    Zip Code

Defendant 2: NYPD
First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
New York    NY    10007
County, City    State    Zip Code

Defendant 3: US Supreme Court
First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
NY
County, City    State    Zip Code

Defendant 5: US Trinidad-Embassy
Defendant 6: US Congress
Defendant 7: Republicans
Defendant 8: Anapolis~~
Defendant 9: OVR Associates Inc
Defendant 10: the White House
Defendant 11: Donald Trump
Defendant 12: NYCT
Defendant 13: Mitt Romney
Defendant 14: NYC Auto Social Club
Defendant 15: Trinidad US Consulate
Defendant 16: US Senate
Defendant 17: US Democrats
Defendant 18: Court of Appeals
Defendant 19: City of NY (DNAS)
Defendant 20: A Cuomo
Defendant 21: NYC MTA

Page 4

Defendant 4: __Trinidad Government__
               First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City               State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Retaliation at its highest level with a streak of insanity, lust and obsession. The inhumane and wishful action fired out is not love but pure hate. It appears to me the malicious prosecution is making one defendant relax.

The orders I have filed against one of the defendant keeps that defendant coming back for more blood. That defendant has been very present in my life even when people who should know about it do not.

At one time I heard the defendant said "I am a sinner – You would never see me – You are like your father". This defendant pictures themselves always drinking

a hot cup of coffee. I am thirsty coffee. I know this defendant is very confused and shows many signs of confusion.

I must say my wealth gets him agitated. I believe the defendants think it belongs to him. "I have broken rules" so said this defendant. Lock or key would not keep this defendant in or out.

Last week I was awaken by this defendant on (10/9/20) and projected to get to a spot →

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Decrease in vision, memory, hearing. Decline health and hygiene. Blurry eyes, temple pain, neck pain, chest pain. Blocked paths to housing + food. Oppression. Stalked, monitored. Traumatized. Overwhelm. Exposure to the elements. Swollen ankles. Rewear dirty clothes. harassed. uncomfortability. mental stress.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to bring in the F.B.I., Cuy. A. and L. James to investigate.

I would like to ask the court to order the defendants restore all what was swindled, and to compensate me for creating hardships, stressors, and →

Page 5

FACT 05

on Broadway next to Citibank. The defendant waited on the steps of the American Indian Museum. This defendant did the adult thing from that distance and then simply vanish after. I heard via previous vision the defendant said "You know I can use that thing from right here."

It was about 4:45am at the time of the incident. The defendant further said "She is not like me - I drop it anywhere."

This defendant also stole from me on the 9th. The defendant was boiling with rage again on 10/12/20. I heard the defendant said "And the damn thing is a repeat."

I do not know what form of transportation "he" took but "he" arrived. I heard someone said "she is asleep".

Penis malfunction. I heard someone said "You'll get a next chance but do not mess it up."

It appears to me Mr. Frost and my son Dwane is intertwined in that callaloo pot. I do not know if Mr. Frost is always present but it appears he was last night. I know they are both there and being used for specific purposes.

At 3:00pm yesterday I know it was that defendant I saw disguised coming through the inside moving car door. The train was in transit. Again at 7:45pm the defendant sat on a Fulton Street platform bench (lower level). As I passed by he flung something out.

The American Government took/kidnapped my son from a paradise (Trinidad) and brought him here to train him to become a professional thief and vampire. I heard someone said "I

need him to graduate - not have a weak heart".
Dwane can only graduate if he stole my wealth - I know this.
I heard someone said "How you mean you do not know you take it."
The "eye" was there too. I heard that defendant said "Ah going tonight."
I felt an unusual wind between 1:00am - 2:30am.
I further heard "How do you expect them to get the food nobody do not go by the centre"?
It appeared to me this defendant rented a room opposite my 125 Water Street nook to be close to me. I heard the defendant said this via vision. The address opposite is 110 Maiden Lane.

Drugs, drugs, and more drugs. I was already told a long time ago by Jesus the defendant cannot perform without taking the drugs. I have seen the defendant driving like a crazy person when under the influence of drugs. It was present last night.

Sex and drugs. I heard someone said "You cannot get vex with me - I say the baby choking". This other sentence appear to be the answer to a question.
"Where you drive it last night with the little boy"?
All of this - for my money. Crazy stuff. Crazy stuff.
I got passed in the hot water too. My stomach hurts. I took a partial number plate of the last 4 digits of a black taxi that came to pick someone up (694c) at 110 Maiden Lane. "You still sniffing that is already past 5:00am"
I heard someone said.

I looked at the taxi for a while as it stood idling. I turned my head for a second and it just simply vanished at 5:28am. Apart from that there were others with some form of connection who stole before and after too.

A car pulled out from curbside of my nook 125 Water Street at 10:30pm with partial number plate 578 or 578. People passed by at 2:45am; 2:30am and 3:45am. One very young man peeped inside my nook at 3:50am. Another man came out a door on the opposite side at 3:45am. A woman rolled a suitcase up ahead at 5:15am.

The evil empire must come down. The sunlight must come in. A new cake needs to be baked. Putting icing on a rotten cake does not make sense. Money cannot buy everything in the world. No one is above the law. The situation as it is stinks. One rotten can of dead worms.

I am quite sure about this. I do not think the American people needs a person with this type of character to lead them. There is no need to conceal the resume and profile of someone displaying erratic behaviors and no signs of healing. I have seen money passed that bought the silence of court employees. Enough is enough.

The world's biggest bullies and manipulators must come down. The world's biggest bullies and manipulators keep your blood money. The act you did to me last night is too horrible to write. Only hatred was acted out. The sunlight must come in darkness must go.

I am holding the defendants accountable of all of the things I have held them acco-

ontable for in the last five orders. Do I have to repeat? I am holding the defendants accountable of discrimination, persecution, injustice, abuse of power, negligence and targetting.

This is history time. We are all history makers. How would you like to be remembered by others in the future?

I will exalt the name above all names Jesus. Time for uniting is now. Unite me with my children in our house. Put a stake in the heart of all vampires.

We as christians cannot let anything and everyone in. Once it gets mixed in it brings in contamination. The contamination wiggles its way insidiously slowly and corrupts the entire group. It could get strong, gain strength/power and take over. One baby cannot be taken into this christian home/group.

I believe caretakers pass by a short while ago (10:20am) and stole for two babies. Put that money back. It has already started. You did physical hurtful things to me last night to instantly bring on a motherly love and affection on that specific child. No manipulators in the kingdom. Put my money back thieves.

It appears I may need a wheel-chair in the future. My ambulation is poor. Am still eating from out the garbage and rewearing dirty clothes. I am anemic with a pre-existing health condition. My eyes are decreasing in vision. I am presently hurt over what has occurred to/with my son. I am mad with the US government over the treatment of my son and still looking for answers.

pain and suffering. Compensate me for new heights and degrees of oppression and supression.

In addition I would like to ask the committee/court to order the defendant paint me a picture I cannot refuse.

I would like to ask the court/committee to order the defendants compensate Dwane for pain and suffering, mental pressure, emotional stress and psychological damage. Compensate Dwane for future scars and physical damage.

I would like to ask the committee/court to order the defendants compensate Mr. Frost for mental pressure, psychological and emotional distress. Mr. Frost already has a pre-existing health condition.

I would like to ask the court/committee to order the defendants hand over the keys to my bishop and all compensation. Hand over also all house keys. The kids are waiting. All the kids no exceptions.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

10/15/20
Dated

Yvonne Frost
Plaintiff's Signature

Yvonne
First Name

Middle Initial

Frost
Last Name

40 Ann Street
Street Address

New York
County, City

NY
State

10038
Zip Code

None
Telephone Number

Yvonne.Frost1@aol.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

*Envelope image:*

From:
Yvonne Ghost
110 Ann Street
New York NY 10038

To:
United States SD Court
Court of Appeals
New York NY 10007

RECEIVED
OCT 19 2020
PRO SE OFFICE

RECEIVED
U.S. COURT OF APPEALS
SECOND CIRCUIT
NIGHT DEPOSITORY

Marked: EMERGENCY